FILED by KZ D.C.
ELECTRONIC

Jun 3, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-80085-CR-HURLEY/VITUNAC**

CASE NO. _____

18 U.S.C. § 1341

UNITED STATES OF AMERICA,

    Plaintiff,

-v. -

ANTHONY F. CUTAIA,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times material to this Information:

1. The defendant, **ANTHONY F. CUTAIA**, was the managing member and beneficial owner of CMG Property Investment Group, LLC, a Florida Limited Liability Company, (hereinafter CMG) located in Boca Raton, Florida, which was purportedly engaged in commercial real estate investment. 2. The defendant **ANTHONY F. CUTAIA** was the host of "Talk About Mortgages and Real Estate," a television and radio program which aired on PAX TV Network, on WSBR radio, and on other local television and radio channels.

## COUNTS 1 - 8
## (Mail Fraud: 18 U.S.C. § 1341)

3. Paragraphs 1 and 2 of the General Allegations section of this Information are realleged and incorporated herein by reference.

4. From at least as early as March 2003, and continuing through at least December 2006, the exact dates being unknown, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY F. CUTAIA,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property from investors by means of materially false and fraudulent pretenses, representations and promises, well knowing that the pretenses, representations and promises would be and were false and fraudulent when made, as more particularly described in paragraphs 6 through 16 of this Information.

### OBJECT OF THE SCHEME AND ARTIFICE TO DEFRAUD

5. The object of the scheme and artifice to defraud was for the defendant to unlawfully enrich himself by collecting monies from individuals in South Florida for purported real estate investment projects and then diverting most of that money for his personal use and benefit.

### MANNER AND MEANS OF EXECUTING THE SCHEME TO DEFRAUD

6. Through his television and radio programs, real estate seminars and contacts with other real estate brokers, defendant **ANTHONY F. CUTAIA** recruited individuals to invest in commercial real estate projects purportedly put together by his company, CMG.

2

7. Defendant **ANTHONY F. CUTAIA**, through CMG, entered into Contract Participation Agreements (CPAs) with the investors. The CPAs provided that (1) the investors' money would be used solely to purchase real estate contracts in Palm Beach and Broward Counties, and elsewhere, (2) that CMG would not collect commissions or fees until the properties were sold and a profit was made, and (3) that investors would receive quarterly interest payments of approximately 8% on their investments.   8. Contrary to these representations, defendant **ANTHONY F. CUTAIA** invested very little of the investors' money in real estate and instead used the investors' money to make "ponzi" payments to pre-existing investors, to pay his own business and personal expenses and to otherwise benefit himself. The ponzi payments lulled the investors into believing that their money was safely invested in real estate projects, when, in fact, it was not.

9. In order to insure that investors did not complain or request the return of their investment, **ANTHONY F. CUTAIA** mailed letters dated July 1, 2006, and July 31, 2006, to investors in which he falsely stated that interest payments had been delayed due to property closing delays, but that he expected to close on properties soon and distribute funds accordingly. Subsequently, **ANTHONY F. CUTAIA** made additional ponzi payments to investors to reassure them that he was still doing deals, when, in fact, he was not.

## USE OF THE MAILS

10. On or about the dates enumerated below, in Palm Beach County, in the Southern District of Florida, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, the defendant,

**ANTHONY F. CUTAIA,**

did knowingly cause to be delivered by the United States Postal Service, or by private or commercial interstate carrier according to the direction thereon, mail matter, as more particularly described below:

| Counts | Date | Description of Mailing |
|---|---|---|
| 1. | July 1, 2006 | Letter from defendant **ANTHONY F. CUTAIA** sent from Boca Raton, Florida, to investor L.H. regarding the delay of Second Quarter distributions on his property investment |
| 2. | July 1, 2006 | Letter from **ANTHONY F. CUTAIA** sent from Boca Raton, Florida, to investor R.S. regarding the delay of Second Quarter distributions on his property investment |
| 3. | September 25, 2006 | CMG check for $667.00 sent from Boca Raton, Florida, to investor A.M. which represented his purported interest payment on his investment |
| 4. | September 25, 2006 | CMG check sent from Boca Raton, Florida, to investor S.S. in the amount of $1,000 which represented his purported interest payment on his investment |
| 5. | September 25, 2006 | CMG check sent from Boca Raton, Florida, to investor P.L. in the amount of $4,000 which represented his purported interest payment on his investment |
| 6. | September 25, 2006 | CMG check sent from Boca Raton, Florida, to investor J.S. in the amount of $10,000 which represented his purported interest payment on his investment |
| 7. | October 2, 2006 | Check from investor G.S. for $80,000, which represented his investment in CMG sent to CMG in Boca Raton, Florida |
| 8. | October 2, 2006 | "Contract Participation Agreement" between investor G.S. and CMG sent to CMG in Boca Raton, Florida |

All in violation of Title 18, United States Code, Section 1341.

_/s/_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_/s/_____
EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80085-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

vs.

ANTHONY F. CUTAIA,

Defendant.
      /

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL     _X_ WPB    ___ FTP

New Defendant(s)         Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take  6  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days     ___           Petty    ___
   II   6 to 10 days    _x_           Minor    ___
   III  11 to 20 days   ___           Misdem.  ___
   IV   21 to 60 days   ___           Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:       _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _No_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _No_ No

EMALYN WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 407501

*Penalty Sheet attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ANTHONY F. CUTAIA**

Case No. 11-80085-CR-HURLEY/VITUNAC

Counts 1 - 9:

Mail Fraud

Title 18, United States Code, Section 1341

*Max. Penalty:    20 Years' Imprisonment; $250,000.00 Fine
                  3 years' supervised release