UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-80085-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

ANTHONY F. CUTAIA

### ORDER OF RESTITUTION

**THIS CAUSE** is before the Court on the Agreed Motion of the United States of America and Counsel for defendant Anthony F. Cutaia. The Court, having reviewed the motion, the attachments thereto, and the pertinent portions of the record, and the Court being otherwise fully advised in the premises, it is,

**ORDERED AND ADJUDGED** that the above motion be, and the same is, hereby GRANTED. Anthony Cutaia is ordered to pay to restitution to the victims in this case. It is further

**ORDERED AND ADJUDGED** that the victims and their verified losses are listed in the attached Exhibit A.

**DONE AND ORDERED** in Chambers this 10 day of May 2012, at West Palm Beach in the Southern District of Florida.

HONORABLE DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Emalyn H. Webber, AUSA
    Jonathon Friedman, Esq.